```
GUBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
25 Market Street
Trenton, New Jersey 08625-0112
Attorney for Defendants Gurbir Grewal, and Colonel Patrick J.
Callahan

By:  Matthew Lynch
     Deputy Attorney General
     Attorney ID: 045942011
     Phone: (609) 376-2101
     Matthew.lynch@law.njoag.gov
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN

| | |
|---|---|
| STANLEY BENNETT, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CHIEF ANDREW DAVIS, ET AL.,<br><br>　　　　Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No. 1:20-cv-15406(RMB-MJS)<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER** |

　　Application is hereby made for a Clerk's Order extending time within which Defendants Grewal and Callahan may answer, move, or otherwise reply to the Complaint filed by Plaintiffs herein and it is represented that:

1. No previous extension has been obtained on behalf of these Defendants on this docket number;

2. Process was waived Defendants Grewal and Callahan on February 23, 2021;

3. Time to answer, move or otherwise reply expires on March 26, 2021;

4. Defendants Callahan and Grewal now seek a clerk's extension extending their time to answer.

                            GURBIR GREWAL
                            ATTORNEY GENERAL OF NEW JERSEY

                    By:  /s/ Matthew Lynch
                          Suzanne Davies (NJ ID 045952011)
                          Deputy Attorney General

DATED:  4/19/2021